# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BILLIE M. SMITH

    vs                      Case No. 3:10cv148-MCR/EMT

FRESENIUS MEDICAL CARE, INC.

## O R D E R

Plaintiff's **ATTORNEY TIME RECORDS (electronically filed docs 28,29,32,33)**, were referred to the undersigned with the following deficiencies:

> Your documents are not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you. (See Local Rule 5.1(B)(1))

For these reasons, IT IS ORDERED that:

> The documents shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

**DONE and ORDERED** this 21st day of October, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**